3/21/2019

To: United States District Court/Northern District of Illinois

Metro Cardiovascular Consultants LTD V. Tinley Park Apothecary LLC

Case Number: 1:19-cv-01508

Assigned Judge: Hon. Marvin E. aspen

Designated Magistrate Judge: Hon. M. David Weisman



FILED

MAR 21 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Response to complaint:**

In response to allegation in complaint, our company has reviewed the facts of the incident.

We concluded the fax was sent to Metro Cardiovascular Consultants LTD based on personal and professional relationship with Dr Ali Kutom at Metro Cardiovascular Consultants LTD.

Since we have been notified, we have contacted Dr Kutom's and expressed our regrets and apology.

**This response is per court request and not admission of guilt**

**Thank you.**

**Omar Hassad**

**Tinley Park Apothecary LLC**